UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-22479 SCOLA/GOODMAN

MSP RECOVERY CLAIMS SERIES 44, LLC,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/

### [*PROPOSED*] ORDER GRANTING STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This Matter comes before the Court on the Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Complaint"). Having considered the Motion, for the reasons set forth therein, and being otherwise fully advised of the premises, it is hereby ORDERED:

    1.    The Motion is **GRANTED**.

    2.    State Farm's deadline to file a Response to Plaintiff's Complaint is extended through and including August 25, 2022.

DONE and ORDERED in Chambers, Miami-Dade County, Florida, this _____ day of August, 2022.

                                                          _____
                                                          U.S. District Judge Robert N. Scola, Jr.
                                                          Southern District of Florida

Copies to:
all counsel of record